UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:21-01113 SVW (ADS)                                         Date:  September 17, 2021

Title:  *Cunningham v. Pabon, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):
None Present                                                       None Present

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO SUBMIT A CASE MANAGEMENT REPORT**

Plaintiff Demontrey Andre Cunningham filed a pro se civil right complaint on June 23, 2020. (Dkt. No. 1.) Defendants filed an Answer on May 26, 2021. (Dkt. No. 30.) The Court issued a Case Management and Scheduling Order on June 2, 2021. (Dkt. No. 31.) Pursuant to that order, the parties were required to submit their Case Management Reports by August 26, 2021. (Id.) Defendants filed their Case Management Report ("CMR") on September 1, 2021. (Dkt. No. 33.) Plaintiff has not yet filed his CMR.

Accordingly, Plaintiff is ordered to show cause why he has not filed his CMR **by no later than October 1, 2021**. Alternatively, Plaintiff may file his CMR by that date.

**Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh