JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMONTREY ANDRE CUNNINGHAM, | Case No. 2:21-01113 SVW (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| RAMON PABON, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Comply with Court Orders, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

DATED: December 27, 2021

_____
THE HONORABLE STEPHEN V. WILSON
United States District Judge